**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000653
14-APR-2014
01:44 PM**

CAAP-11-0000653

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
JONATHAN McQUEEN, also known as JONATHAN NATURE,
Defendant-Appellant.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NOS. 08-1-0191(2) & 08-1-0435(2))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on March 31, 2014, is hereby corrected as follows:

1.   On page 2, in the thirteenth line, the word "promotion" should be replaced with "promoting" so that as corrected, the text reads: ". . . second-degree promoting a dangerous drug . . . ."

2.   On Page 3, in the seventh line, the word "promotion" should be replaced with "promoting" so that as corrected, the text reads: ". . . with second-degree promoting a dangerous drug . . . ."

3.   On Page 3, in the fourth line from the bottom of the page, the word "possession" should be replaced with

---

[1]   Nakamura, Chief Judge, and Leonard and Reifurth, JJ.

"possessing" so that as corrected, the text reads:   ""... with any person possessing or using . . . .""

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, April 14, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

2